# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL C. KLEINOW,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF FONTANA, et al.,<br><br>　　　　　Defendants. | NO. ED CV 11-0874 PA (FMO)<br><br>**ORDER TO SHOW CAUSE** |

On June 9, 2011, plaintiff, proceeding pro se, filed a Civil Rights Complaint ("Complaint") pursuant to 42 U.S.C. § 1983. On July 14, 2011, the Court's Order of June 23, 2011, was returned to the court undelivered and marked "Return to Sender" and "Out of Custody." On the same day, the Court's Order of July 5, 2011, was also returned to the court undelivered and marked "Return to Sender" and "Out of Custody."

Pursuant to Local Rule 41-6, plaintiff has an obligation to keep the court advised of a current address throughout the duration of his lawsuit. Plaintiff is advised that his failure to comply with his continuing obligation to keep the court apprised of a current mailing address and/or his failure to comply with a court order because he did not receive the order, could result in his case being dismissed for failure to obey the orders of this court and/or for want of prosecution. See Local Rule 41-6 ("If mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff

fails to notify, in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution.") (italics in original); (see also Court's Order Re: Civil Rights Case, filed on June 15, 2011, at § II.2.) ("During the pendency of the action, plaintiff must notify the court immediately if his or her address changes and must provide the court with the new address and its effective date. **Any failure by plaintiff to comply with a court order where plaintiff did not receive the order due to failure to inform the court of plaintiff's current address may result in the action being dismissed for failure to prosecute.**") (bold in original).

Based on the foregoing, IT IS ORDERED THAT:

1. Plaintiff shall file with the court a Notice of Change of Address no later than **July 29, 2011**.

2. **Plaintiff's failure to timely comply with this Order, or with his continuing obligation to keep the court apprised of a current mailing address, may result in this case being dismissed for failure to obey the orders of this court and/or for want of prosecution.**

Dated this 15th day of July, 2011.

                                                          /s/
                                        Fernando M. Olguin
                                  United States Magistrate Judge