# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL C. KLEINOW, | NO. ED CV 11-0874 PA (FMO) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CITY OF FONTANA, et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: August 9, 2011

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE